No. 169. SUN RAY DRUG CO. *v.* LIEBERMAN. Super. Ct. Pa. Certiorari denied. *Samuel Kagle* and *Oscar Brown* for petitioner.

No. 172. HOUGHTON *v.* PIKE. C. A. D. C. Cir. Certiorari denied. *Carleton U. Edwards II* for petitioner. *Francis D. Thomas, Jr.,* for respondent.

No. 173. PINCIOTTI *v.* UNITED STATES; and
No. 174. GOSSER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Russell Morton Brown* for petitioner in No. 173. *Bennett Boskey* and *Merritt W. Green* for petitioner in No. 174. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. Reported below: 339 F. 2d 102.

No. 175. LUSTER ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 176. JENKINS BROS. *v.* LOCAL 5623, UNITED STEELWORKERS OF AMERICA, ET AL. C. A. 2d Cir. Certiorari denied. *Morgan P. Ames* and *Clifford R. Oviatt, Jr.,* for petitioner. *Bernard Kleiman, Elliot Bredhoff* and *Michael H. Gottesman* for respondents.

No. 177. SOUTHWEST ENGINEERING Co. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Wallace N. Springer, Jr.,* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Jack H. Weiner* for the United States.